No. 62840.—Compass Instrument & Optical Co. v. United States, protests 58/6401, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).

No. 62841.—Stefano Cavallo, Inc. v. United States, protest 58/9791 (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.

No. 62842.—Hudson Shipping Co., Inc. v. United States, protest 58/2817(B) (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, MARCH 12, 1959

No. 62843.—Bloch Winitz Co. et al. v. United States, protests 314013–K(A), etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.